FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 SEP 29 AM 11:58

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| INSOMNIA, INC., et al. | CASE NO. 05-2695 B P |
| Plaintiffs, | |
| v. | JUDGE |
| CITY OF MEMPHIS, et al., | **ORDER GRANTING MOTION OF J. MICHAEL MURRAY AND STEVEN D. SHAFRON FOR ADMISSION *PRO HAC VICE*** |
| Defendants. | |

This matter is before the Court on the motion of J. Michael Murray and Steven D. Shafron to be admitted *pro hac vice*. The Court finds the motion to be well taken and that it should be granted.

THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that J. Michael Murray and Steven D. Shafron are admitted *pro hac vice* and may appear as counsel for the Plaintiffs in this matter.

IT IS SO ORDERED.

9/29/05
Date

/s/ [signature]
United States District Judge

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 9-30-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CV-02695 was distributed by fax, mail, or direct printing on September 30, 2005 to the parties listed.

---

J. Michael Murray
BERKMAN GORDON MURRAY & PALDA
55 Public Square
Ste. 2121
Cleveland, OH 44113--194

Rex L. Brasher
BROWN BRASHER & SMITH
5100 Poplar Avenue
Ste. 2515
Memphis, TN 38137

Steven D. Shafron
Berkman, Gordon, Murray & DeVan
55 Public Square
Ste. 2121
Cleveland, OH 44113--194

Honorable J. Breen
US DISTRICT COURT