IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION

| | |
|---|---|
| INSOMNIA, INC.; STEVE COOPER and NICK FERGIS, ) ) ) ) Plaintiffs, ) ) vs. ) ) CITY OF MEMPHIS, TENNESSEE; ) SHELBY COUNTY, TENNESSEE and ) MEMPHIS AND SHELBY COUNTY ) LAND USE CONTROL BOARD, ) ) Defendants. ) | No.: 05-2695 B/P |

**ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME
WITHIN WHICH TO ANSWER OR OTHERWISE PLEAD**

It appears to the Court, for good cause shown, that the Defendants' Motion for an Extension of Time Within Which to Answer or Otherwise Plead is well-taken and, therefore, is GRANTED, and Defendants shall have until November 10, 2005 to file their answers or otherwise plead.

_____
JUDGE

Date: October 11, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-12-05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:05-CV-02695 was distributed by fax, mail, or direct printing on October 12, 2005 to the parties listed.

---

Rex L. Brasher
BROWN BRASHER & SMITH
5100 Poplar Avenue
Ste. 2515
Memphis, TN 38137

Steven D. Shafron
Berkman, Gordon, Murray & DeVan
55 Public Square
Ste. 2121
Cleveland, OH 44113--194

J. Michael Murray
BERKMAN GORDON MURRAY & PALDA
55 Public Square
Ste. 2121
Cleveland, OH 44113--194

Elbert Jefferson
CITY ATTORNEY'S OFFICE
125 N. Main Street
Ste. 314
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT