**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

FILED BY ___ D.C.

05 OCT 13  PM 2: 12

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | | |
|---|---|---|
| INSOMNIA, INC., a Tennessee corporation, STEVE COOPER, and NICK FERGIS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | No. 05 - 2695  B P |
| | ) | |
| CITY OF MEMPHIS, TENNESSEE, SHELBY COUNTY, TENNESSEE, and MEMPHIS AND SHELBY COUNTY LAND USE CONTROL BOARD, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING MOTION TO ENLARGE TIME

**IT APPEARING TO THE COURT** that the motion of Shelby County for an extension of thirty days in which to respond to the complaint is well-taken and should be granted,

**IT IS THEREFORE ORDERED** that Shelby County is granted an extension in which to respond to the complaint filed in this cause, through November 14, 2005.

_____
JUDGE

Date: _October 12, 2005_

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _10-14-05_

11

APPROVED AS TO FORM:

_____
ROBERT B. ROLWING
Senior Assistant County Attorney
160 N. Main Street, Suite 660
Memphis, Tenn.   38103
Tele. (901) 545-4230
Fax (901) 545-4687

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:05-CV-02695 was distributed by fax, mail, or direct printing on October 14, 2005 to the parties listed.

---

Rex L. Brasher
BROWN BRASHER & SMITH
5100 Poplar Avenue
Ste. 2515
Memphis, TN 38137

Robert B. Rolwing
COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

J. Michael Murray
BERKMAN GORDON MURRAY & PALDA
55 Public Square
Ste. 2121
Cleveland, OH 44113--194

Steven D. Shafron
Berkman, Gordon, Murray & DeVan
55 Public Square
Ste. 2121
Cleveland, OH 44113--194

Elbert Jefferson
CITY ATTORNEY'S OFFICE
125 N. Main Street
Ste. 314
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT