IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

INSOMNIA, INC., et al., )
)
    Plaintiffs, )
)
vs. ) Civ. No. <u>05-2695-B/P</u>
)
CITY OF MEMPHIS, et al., )
)
    Defendants. )
)

### SCHEDULING ORDER

Pursuant to written notice, a scheduling conference was set for December 15, 2005. Prior to the conference, the parties submitted a joint proposed order which was approved by the court. The following dates were established as the final dates for:

**INITIAL DISCLOSURES PURSUANT TO Fed.R.Civ.P. 26(a)(1):** December 29, 2005

**JOINING PARTIES:** January 23, 2006

**AMENDING PLEADINGS:** January 23, 2006

**INITIAL MOTIONS TO DISMISS:** February 21, 2006

**COMPLETING ALL DISCOVERY:** June 30, 2006

    (a) **DOCUMENT PRODUCTION:** June 30, 2006

    (b) **DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS:** June 30, 2006

    (c) **EXPERT WITNESS DISCLOSURE (Rule 26):**

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-1-05



      **(1)**   **DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION**: April 30, 2006

      **(2)**   **DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION**: May 31, 2006

      **(3)**   **EXPERT WITNESS DEPOSITIONS**: June 30, 2006

**FILING DISPOSITIVE MOTIONS**: June 30, 2006

**OTHER RELEVANT MATTERS**:

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for a jury trial. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge. It is anticipated that the trial will last approximately three (3) days.

This case is not appropriate for ADR at this time.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

    At this time, the parties have not given consideration to whether they wish to consent to trial before the magistrate judge. The parties will file a written consent form with the court should they decide to proceed before the magistrate judge.

    This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

    IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

_November 30, 2005_____
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 2:05-CV-02695 was distributed by fax, mail, or direct printing on December 1, 2005 to the parties listed.

---

Steven D. Shafron
Berkman, Gordon, Murray & DeVan
55 Public Square
Ste. 2121
Cleveland, OH 44113--194

Robert B. Rolwing
COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

J. Michael Murray
BERKMAN GORDON MURRAY & PALDA
55 Public Square
Ste. 2121
Cleveland, OH 44113--194

Elbert Jefferson
CITY ATTORNEY'S OFFICE
125 N. Main Street
Ste. 314
Memphis, TN 38103

Rex L. Brasher
BROWN BRASHER & SMITH
5100 Poplar Avenue
Ste. 2515
Memphis, TN 38137

Honorable J. Breen
US DISTRICT COURT